UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

     Plaintiff,                     Case No. 20-20518-1

v.                                  Honorable Nancy G. Edmunds

DEON KEY,

     Defendant.

_____/

**ORDER DENYING DEFENDANT'S EMERGENCY MOTION
FOR RELEASE ON BOND WITH CONDITIONS [46]**

On January 18, 2022, the Court held a pretrial release violation hearing and revoked Defendant Deon Key's bond, remanding him to the custody of the United States Marshals Service.  The matter is now before the Court on Defendant's emergency motion for release on bond with conditions.  (ECF No. 46.)  Defendant concedes the Court was correct in cancelling his bond but raises serious concerns regarding the handling of his medical needs at his current facility, the Livingston County Jail.  Because the reasons for the Court's previous decision to revoke Defendant's bond remain the same, Defendant's emergency motion is DENIED.  To address Defendant's health concerns, however, the Court has made a request, which has been granted, for the Marshals Service to transfer Defendant to the Federal Detention Center at Milan, where his medical needs can be adequately addressed.

SO ORDERED.

                              s/Nancy G. Edmunds
                              Nancy G. Edmunds
                              United States District Judge

Dated: February 16, 2022

I hereby certify that a copy of the foregoing document was served upon counsel of record on February 16, 2022, by electronic and/or ordinary mail.

s/Lisa Bartlett
Case Manager