AO 247 (Rev. 11/11) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Eastern District of Michigan

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Deon Key | ) | Case No: 0645 2:20-CR-20518-01 |
| | ) | USM No: 11803-509 |
| Date of Original Judgment: 05/09/2022 | ) | |
| Date of Previous Amended Judgment: | ) | Natasha Webster |
| *(Use Date of Last Amended Judgment if Any)* | | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☑ DENIED.   ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____ .

*(Complete Parts I and II of Page 2 when motion is granted)*

Part A of the above-mentioned Amendment addresses "status points." The new USSG §4A1.1(e) provision advises to add one point if the defendnat receives seven or more criminal history points under subsections (a) through (d) AND committed the offense while under any criminal justice sentence. As noted in paragraph 61, KEY received one criminal history point, pursuant to USSG §4A1.1(c). He did not receive any "status points" at the time of sentencing. As Key did not receive any "status points," he is not eligible for a reduction under Amendment 821, Part A.

Except as otherwise provided, all provisions of the judgment dated _____ shall remain in effect.
**IT IS SO ORDERED**.

Order Date: February 2, 2024          s/Nancy G. Edmunds
                                       *Judge's signature*

Effective Date: _____                 Nancy G. Edmunds, U.S. District Judge
*(if different from order date)*       *Printed name and title*